# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR  WWW.NEWYORKCONSUMERATTORNEY.COM  Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026  E-mail: ahmad@NewYorkConsumerAttorney.com  Fax: (877) 496-7900

**VIA ECF**
The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Corrected Proposed Scheduling Order.**
        *Carlo v. Abrams Fensterman, LLP, et al.,* Case 1:24-cv-03643-NRM-JRC

Your Honor:

    The undersigned represents Plaintiff in the above-entitled action against the debt collection law firm Abrams Fensterman, LLP and its partner Nicholas Corona, Jr. for their violations of the FDCPA.

    The proposed scheduling order filed by the undersigned on July 11, 2024 failed to include the attorney information and electronic signature for the Defendants' attorney despite counsel having conferred and jointly submitted it. Attached to this letter is the same scheduling order with that information added. Plaintiff apologizes for the clerical error.

Sincerely,
/s/
Emma Caterine