Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
*Attorneys for Defendant and Defendant Pro Se*
(516) 328-2300

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------ x
:
VALERIE CARLO,    Civil Action No.
:   1:24-cv-3643
*Plaintiff,*
:
-against-
:
ABRAMS FENSTERMAN, LLP and
NICHOLAS CORONA, JR.,    :

*Defendants.*    :

:
------------------------------------ x

## APPEARANCE OF COUNSEL

**TO:** **The clerk of court and all parties of record**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant NICHOLAS CORONA, JR.

Dated: July 17, 2024
      Lake Success, New York

                                ABRAMS FENSTERMAN, LLP
                                *Attorneys for Defendant and Defendant Pro Se*

                              By:_____
                                Keith J. Singer, Esq. (5005)
                                3 Dakota Drive, Suite 300
                                Lake Success, New York 11042
                                516-328-2300
                                KSinger@Abramslaw.com
                                *File No.:* 108496.1544

TO:

THE LAW OFFICE OF AHMAD KESHAVARZ
Attention: Ahmad Keshavarz
           Emma Caterine
*Attorneys for Plaintiff*
16 Court Street, 26th Floor
Brooklyn, New York 11241-1026
Telephone: (718) 522-7900
Facsimile: (877) 496-7809
emma@newyorkconsumerattorney.com
ahmad@newyorkconsumerattorney.com