# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR   WWW.NEWYORKCONSUMERATTORNEY.COM   Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026   E-mail: ahmad@NewYorkConsumerAttorney.com   Fax: (877) 496-7900

**VIA ECF**

The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:    Letter Request for Withdrawal of Appearance of Emma Caterine.**
     *Carlo v. Abrams Fensterman, LLP, et al.,* Case 1:24-cv-03643-NRM-JRC

Your Honor:

     The undersigned represents Plaintiff in the above-entitled action against the debt collection law firm Abrams Fensterman, LLP and its partner Nicholas Corona, Jr. for their violations of the FDCPA.

     Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Sincerely,
/s/
Emma Caterine