# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

September 13, 2024

**VIA ECF**
The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:   **Plaintiff's consent motion to extend by 30 days the deadline to amend pleadings or join additional parties without needing to demonstrate good cause.**
> *Carlo v. Abrams Fensterman, LLP, et al.,* Case 1:24-cv-03643-NRM-JRC

Dear Judge Cho:

The undersigned represents Plaintiff in the above-entitled action against the law firm Abrams Fensterman, LLP and its partner Nicholas Corona, Jr. for alleged violations of the FDCPA.

Plaintiff seeks to extend by 30 days the deadline to amend pleadings or join additional parties without the need to show good cause.

Defendants have consented to this request.

Per item C of Your Honors Individual Practice Rules, Plaintiff states:

1. The current deadline is September 17, 2024 to amend pleadings or join additional parties without the need to show good cause. Plaintiff seeks a 30 day extension to October 17, 2024.
2. Defendants have consented to this request.
3. There have been no prior requests to extend this deadline.
4. The request will not materially affect existing deadlines. True, the deadline to complete fact discovery is January 17, 2025. However if Plaintiff joins additional parties I will immediately serve the complaint to any new party and, if necessary, will agree to answer their fact discovery demands on an expedited basis. The existing parties have already exchanged and answered written discovery, and have produced documents. Any amendment would not affect their ability to timely complete fact discovery.

Good cause exists for this request to extend time. Plaintiff promptly propounded discovery demands on Defendants. On Friday August 30, 2024 Defendants produced documents that included correspondence between the New York City marshal and Plaintiff's bank that suggested at least that the marshal may have levied on Plaintiff's bank account for some period of time, as opposed to Plaintiff's bank account merely being restrained.

Plaintiff therefore immediately issued a subpoena on TD Bank for documents demonstrating, *inter alia*, communications with the marshal, and any attempts by the marshal to

levy on the bank account, and the results of those attempts. I have received documents from TD bank in batches over the last two weeks, and have conferred with counsel for TD Bank throughout the process. Counsel for TD Bank indicates that the bank may be producing additional documents, but not until after the existing deadline to amend has passed. I have another call with counsel for TD Bank on Monday.

Plaintiff has issued subpoenas on the marshal himself, but the deadline for compliance is not until September 16, 2024, the day before the existing to amend. However, Your Honor's Individual Practice Rules require an application to extend deadlines to be filed at least two business days before the deadline, which is today.

For these reasons, Plaintiff, on consent, seeks to extend by 30 days the deadline to amend pleadings or join additional parties without the need to show good cause.

Sincerely,

/s/
Ahmad Keshavarz