AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Valerie Carlo | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4-cv-03643-NRM-JRC |
| Abrams Fensterman, LLP, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Valerie Carlo .

Date: 11/12/2024

/s/ Judith Brigid Miller
*Attorney's signature*

Judith Brigid Miller
*Printed name and bar number*

Law Office of Ahmad Keshavarz
16 Court Street
26th Floor
Brooklyn, NY 11241
*Address*

judy@newyorkconsumerattorney.com
*E-mail address*

(718) 522-7900
*Telephone number*

(877) 496-7809
*FAX number*