

June 11, 2025

**Joseph Francoeur**
212.915.5638 (direct)
646.823.7791 (mobile)
Joseph.Francoeur@wilsonelser.com

**VIA ECF ONLY**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *Carlo v. Abrams Fensterman, LLP et al;*
                      Case No.: 1:24-cv-03643-NRM-JRC

Dear Magistrate Judge Cho,

    Our office represents defendants Abrams Fensterman, LLP, and Nicholas Corona Jr. (collectively "Abrams Fensterman"). Pursuant to your Order dated May 28, 2025 the parties subject the following joint update.

    The parties have been unable to agree to a mediator despite extensive efforts. In accordance with the Court's Mediation Instructions to Counsel we will contact the ADR Administrator to request the random assignment of a mediator from the list of seven mediators listed as performing FDCPA mediations.

                                Respectfully Submitted,

                    Wilson Elser Moskowitz Edelman & Dicker LLP

                              *Joseph Francoeur*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

314640130v.2
314640130v.2