

July, 11, 2025

**Joseph Francoeur**
212.915.5638 (direct)
646.823.7791 (mobile)
Joseph.Francoeur@wilsonelser.com

<u>**VIA ECF ONLY**</u>
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *Carlo v. Abrams Fensterman, LLP et al;*
                        <u>Case No.: 1:24-cv-03643-NRM-JRC</u>

Dear Magistrate Judge Cho,

    Our office represents defendants Abrams Fensterman, LLP, and Nicholas Corona Jr. (collectively "Abrams Fensterman"). The parties to the above-referenced action respectfully request an additional week to advise the court about the selection of the mediator. Thank you.

    Should you have any questions, please do not hesitate to contact me. Thank you.

                              Respectfully submitted,

           **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                /s/
                            Joseph L. Francoeur

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY