

July 18, 2025

Evgenia "Eve" Soldatos-Mouzouris
212.915.5282 (direct)
516.519.2297 (mobile)
eve.soldatos@wilsonelser.com

**VIA ECF ONLY**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *Carlo v. Abrams Fensterman, LLP et al;*
                Case No.: 1:24-cv-03643-NRM-JRC

Dear Magistrate Judge Cho,

    Our office represents defendants Abrams Fensterman, LLP, and Nicholas Corona Jr. (collectively "Abrams Fensterman"). Pursuant to your Order dated July 11, 2025, the parties provide the following joint update.

    The parties have agreed to use mediator Ronald Kreismann. An initial conference call with Mr. Kreismann is scheduled for July 21, 2025 at 11:00 AM.

                            Respectfully Submitted,

                            Wilson Elser Moskowitz Edelman & Dicker LLP

                            *Eve Soldatos-Mouzouris*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

316731401v.1