

November 26, 2025

Evgenia "Eve" Soldatos-Mouzouris
516.519.2297 (mobile)
eve.soldatos@wilsonelser.com

**VIA ECF ONLY**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: *Carlo v. Abrams Fensterman, LLP et al;*
          Case No.: 1:24-cv-03643-NRM-JRC

Dear Magistrate Judge Cho,

  Our office represents defendants Abrams Fensterman, LLP, and Nicholas Corona Jr. (collectively "Abrams Fensterman"). In response to your Order dated November 24, 2025, the parties jointly request a conference with the Court to discuss the status of this case.

          Respectfully Submitted,

       Wilson Elser Moskowitz Edelman & Dicker LLP

          *Eve Soldatos-Mouzouris*

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

314640130v.3