Telephone: (718) 522-7900
Fax: (877) 496-7809

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

March 10, 2026

**VIA ECF**
The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Joint request for adjournment of upcoming status conference for 90 days.**
            *Carlo v. Abrams Fensterman, LLP, et al.,* Case 1:24-cv-03643-NRM-JRC

Dear Judge Cho:

    The undersigned represents Plaintiff in the above-entitled action.

    Since our last conference with the Court, there have been no further updates. As such, the Parties request a 90-day adjournment of the March 12, 2026 status conference.

    Counsels thank the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz

cc: all counsel via ECF

1