WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

September 8, 2026

**Evgenia "Eve" Soldatos-Mouzouris**
516.519.2297 (mobile)
eve.soldatos@wilsonelser.com

**VIA ECF ONLY**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Carlo v. Abrams Fensterman, LLP et al;*
Case No.: 1:24-cv-03643-NRM-JRC

Dear Magistrate Judge Cho,

Our office represents defendants Abrams Fensterman, LLP and Nicholas Corona Jr. (collectively "Abrams Fensterman"). We respectfully submit this joint status report on behalf of the Parties.

Since our last conference with the Court, there have been no further updates. Accordingly, the Parties respectfully request a 90-day adjournment to provide a further update.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Eve Soldatos-Mouzouris*